```
ADLESON, HESS & KELLY, APC
Randy M. Hess (SBN 88635)
Joanne M. Wendell (SBN 191785)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone:  (408) 341-0234
Facsimile:   (408) 341-0250
rhess@ahk-law.com
jwendell@ahk-law.com
```

**ATTORNEYS FOR** Defendants
REAL WORLD STRATEGIES, INC. dba
MENACE BAR & GRILL; JOHN T. RANKINS;
TEXAS BUFFALO WINGS, INC.; AMARJIT
SINGH KHINDA; HARDEV KHINDA;
SANTIAGO MALDONADO; and MARIA MALDONADO

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>REAL WORLD STRATEGIES, INC. dba MENACE BAR & GRILL; JOHN T. RANKINS; TEXAS BUFFALO WINGS, INC.; AMARJIT SINGH KHINDA; HARDEV KHINDA; SANTIAGO MALDONADO; and MARIA MALDONADO,<br><br>Defendants. | CASE NO.:  2:12-cv-01270-JAM (KJN)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; ORDER**<br><br>**Complaint filed: May 10, 2012** |

    WHEREAS, on May 10, 2012, plaintiff AMCO INSURANCE COMPANY ("Plaintiff") filed a Complaint for Declaratory Relief and Buss Reimbursement against defendants REAL WORLD STRATEGIES, INC. dba MENACE BAR & GRILL; JOHN T. RANKINS; TEXAS BUFFALO WINGS, INC.; AMARJIT SINGH KHINDA; HARDEV KHINDA; SANTIAGO MALDONADO; and MARIA MALDONADO ("Defendants"):

    WHEREAS, Defendants were served with the Complaint on May 11, 2012;

    WHEREAS, the parties have agreed to extend the date by which Defendants must answer or otherwise respond to the Complaint to July 30, 2012;

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Floor
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No. 2:12 CV 01270 JAM    STIP TO EXTEND TIME TO ANSWER AMCO COMPLAINT; [PROPOSED] ORDER    1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, pursuant to Local Rule 143 (Federal Rule of Civil Procedure § 83), the parties may stipulate to extend the time within which to answer or otherwise respond to the initial complaint provided the change will not alter the date of any event or any deadline already fixed by the court;

WHEREAS, the only date fixed by the Court is submission of the Joint Status Report due on or about August 13, 2012.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Defendants time to answer or otherwise respond to the Complaint is extended to and including July 30, 2012.

Dated: July 12, 2012          Respectfully submitted,

ADLESON, HESS & KELLY, APC

By:   /s/ Joanne M. Wendell
       Joanne M. Wendell
       Attorney for Defendants Real World Strategies, Inc. dba Menace Bar & Grill; John T. Rankins; Texas Buffalo Wings, Inc.; Amarjit Singh Khinda; Hardev Khinda; Santiago Maldonado; And Maria Maldonado

Dated: July __, 2012          MECKLER BULGER TILSON MARICK & PEARSON, LLP

By:_  /s/ David Borovsky_____
       David Borovsky
       Attorney for Plaintiff
       AMCO Insurance Company

**IT IS SO ORDERED:**

Dated: July 12, 2012

/s/ John A. Mendez_____
Hon. John A. Mendez
U. S. District Court Judge

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Floor
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No. 2:12 CV 01270 JAM     STIP TO EXTEND TIME TO ANSWER AMCO COMPLAINT; [PROPOSED] ORDER     2

PDF created with pdfFactory trial version www.pdffactory.com